In the Matter of the Application of the HEINE SAFETY BOILER COMPANY, Appellant, for a Writ of Mandamus against THE FRANKLIN BOILER WORKS COMPANY, Respondent.

*Matter of Heine Safety Boiler Co.*, 138 App. Div. 933, appeal dismissed. (Argued November 17, 1910; decided November 29, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 25, 1910, which affirmed an order of Special Term denying a motion for a writ of mandamus to compel the respondent herein to permit an inspection of its books.

*Ransom H. Gillet* for appellant.

*Amasa J. Parker, Jr.*, for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

FREDERIC CURRIE et al., Doing Business under the Firm Name of CURRIE & BOYCE, Appellants, *v.* FRANK J. SPRAGUE, Respondent.

(Submitted November 21, 1910; decided November 29, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 199 N. Y. 566.)